**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6804**

JAMES L. ROUDABUSH, JR.,

        Petitioner - Appellant,

      v.

B. MOSLEY, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Bruce H. Hendricks, District Judge.  (8:18-cv-01378-BHH)

Submitted:  August 23, 2018             Decided:  August 28, 2018

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Lester Roudabush, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., appeals the district court's June 20, 2018, order dismissing without prejudice his action filed under 28 U.S.C. § 2241 (2012) for failure to comply with its prior order directing that he file his action on a standard form and either pay the filing fee or move for leave to proceed in forma pauperis. Having determined that the June 20 order is appealable, *see Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623-24 (4th Cir. 2015), we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Roudabush v. Mosley*, No. 8:18-cv-01378-BHH (D.S.C. June 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*